■ VERIZON NEW YORK, INC., Appellant, v LABARGE BROTHERS Co., INC., Respondent. (Appeal No. 2.) [916 NYS2d 544]—Ap-

peal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered March 4, 2010. The order denied plaintiff's motion for leave to renew and reargue.

It is hereby ordered that said appeal is unanimously dismissed in part and the order is otherwise affirmed without costs.

Same memorandum as in *Verizon N.Y., Inc. v LaBarge Bros. Co., Inc.* (81 AD3d 1294 [2011]). Present—Smith, J.P., Fahey, Carni, Sconiers and Martoche, JJ.